# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD LEAVITT, et al.,<br><br>Defendants. | Case No. CIV-24-478-RAW |

## ORDER

Before the court are the unopposed motion for preliminary injunction enjoining Carter County from selling property [Docket No. 25] and the Findings and Recommendation ("F&R") issued by Magistrate Judge Jason A. Robertson, recommending that the motion be GRANTED and that the parties propose an agreed upon order enjoining the disposal of the subject property [Docket No. 29]. No objections to the F&R have been filed, and the parties have submitted an agreed order enjoining Carter County from selling the property. Accordingly, the F&R [Docket No. 29] is hereby affirmed and adopted as this court's Findings and Order. The parties' Agreed Order Enjoining Carter County from Selling Property will be entered herewith, wherein the unopposed motion [Docket No. 25] is GRANTED.

**IT IS SO ORDERED** this 4th day of June, 2025.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**